# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  PITTMAN, THOMAS V | 2. Court or Organization  SOUTHERN DISTRICT OF ALABAMA | 3. Date of Report  05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  SENIOR U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☐ Annual  ☒ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  ROOM 401, U. S. COURTHOUSE 113 ST. JOSEPH STREET MOBILE, ALABAMA 36602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER, BOARD OF TRUSTEES | SAMFORD UNIVERSITY, BIRMINGHAM, ALABAMA |
| 2. | MEMBER, BOARD OF TRUSTEES | BAPTIST OAKS ▮▮▮ MOBILE, ALABAMA |
| 3. | TRUSTEE | ▮▮▮TRUST U/W |
| 4. | TRUSTEE | FIRST BAPTIST CHURCH OF MOBILE |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

2007 MAY 16 A 11: 33
FINANCIAL DISCLOSURE OFFICE
RECEIVED
COPY



| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMPASS BANK (CHECKING) | A | Interest | J | T | | | | | |
| 2. SCUDDER MANAGED MUNI BOND FUND | B | Interest | K | T | | | | | |
| 3. ARMY AVIATION CENTER FEDERAL CREDIT UN (SVGS) | A | Interest | J | T | | | | | |
| 4. COMPASS BANK (MONEY MARKET) | A | Interest | J | T | | | | | |
| 5. LINCOLN NATIONAL LIFE (ANNUITY) | D | Interest | | | WITHDRAWAL | 11/30 | M | | |
| 6. NATIONWIDE LIFE & ANNUITY INS CO (ANNUITY) | C | Interest | | | WITHDRAWAL | 12/21 | M | | |
| 7. AMSOUTH BANK (CHECKING) | A | Interest | J | T | | | | | |
| 8. SCHWAB ACCOUNT # 1 | | | | | | | | | |
| 9. -MANAGER'S INT'L EQUITY FUND A | A | Dividend | J | T | | | | | |
| 10. -PIMCO LOW DURATION FUND | B | Dividend | K | T | | | | | |
| 11. - SCHWAB GOVERNMENT MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 12. - MANAGER'S CAPITAL APPRECIATION FUND | | None | J | T | | | | | |
| 13. - MANAGER'S SPECIAL EQUITY FUND | B | Dividend | J | T | | | | | |
| 14. - PIMCO REAL RETURN FUND | B | Dividend | K | T | PART SALE | 04/06 | J | | |
| 15. TRUST A | D | Int./Div. | M | T | | | | | |
| 16. - AMERICAN ELECTRIC POWER COM STK | | | | | | | | | |
| 17. - DUKE ENERGY CORP COM STK | | | | | PART SALE | 06/01 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - RMK SELECT GROWTH FUND A | | | | | BUY | 12/31 | J | | |
| 19. - RMK SELECT VALUE FUND A | | | | | BUY | 12/31 | J | | |
| 20. - WISCONSIN ENERGY COM STK | | | | | PART SALE | 06/01 | J | B | |
| 21. - REGIONS MORGAN KEEGAN MONEY MARKET FUND | | | | | | | | | |
| 22. - RMK SELECT MID CAP FUND A (01SA) | | | | | | | | | |
| 23. - RMK SELECT MID CAP FUND A (01AA) | | | | | | | | | |
| 24. - FIDELITY ADV EQUITY INCOME FUND | | | | | | | | | |
| 25. - FIDELITY ADV DIVERS INTL FUND | | | | | BUY | 12/31 | J | | |
| 26. TRUST B | D | Int./Div. | N | T | | | | | |
| 27. - U S TREASURY NOTES | | | | | PART MATURED | 02/15 | K | A | |
| 28. | | | | | BUY | 02/28 | K | | |
| 29. - A T & T COM STK | | | | | PART SALE | 06/01 | J | B | |
| 30. - BELLSOUTH CORP COM STK | | | | | PART SALE | 06/01 | J | B | |
| 31. - COMCAST CORP COM STK | | | | | | | | | |
| 32. - FPL GROUP INC COM STK | | | | | PART SALE | 05/03 | J | D | |
| 33. - RMK SELECT GROWTH FUND A | | | | | PART SALE | 04/17 | J | A | |
| 34. | | . | | | BUY | 12/31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - RMK SELECT VALUE FUND A | | | | | BUY | 12/31 | J | | |
| 36. - RMK SELECT MID CAP GROWTH A | | | | | BUY | 12/31 | J | | |
| 37. - VERIZON COMMUNICATION COM STK | | | | | PART SALE | 06/01 | J | B | |
| 38. - REGIONS MORGAN KEEGAN MONEY MARKET FUND | | | | | | | | | |
| 39. - RMK SELECT MID CAP VALUE FUND A | | | | | | | | | |
| 40. - FIDELITY ADV EQUITY INCOME FUND A | | | | | | | | | |
| 41. - FIDELITY ADV DIVERS INT'L INCOME FUND A | | | | | | | | | |
| 42. CHEVRON CORPORATION COM STK | B | Dividend | K | T | | | | | |
| 43. AMSOUTH BANK (CHECKING WITH INTEREST) | A | Interest | J | T | | | | | |
| 44. EDWARD JONES ACCT # 1 | | | | | | | | | |
| 45. - EDWARD JONES CASH HOLDING ACCT W/ VAR INT | A | Interest | J | T | | | | | |
| 46. - CAPITAL ONE BANK CD | A | Interest | K | T | | | | | |
| 47. - KEY BANK CD | B | Interest | K | T | | | | | |
| 48. - MBNA AMERICA BANK CDS | C | Interest | L | T | | | | | |
| 49. - DE SOTO TEXAS G. O. BONDS | A | Interest | | | SOLD | 02/15 | K | | |
| 50. - DE SOTO TEXAS CERTS OF OBLIGATION | A | Interest | K | T | | | | | |
| 51. - GENERAL ELECTRIC CAP CORP | C | Interest | L | T | BUY | 02/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BOND | | | | | | | | | |
| 52. - FEDERAL HOME LOAN MORTGAGE CORP NOTES | C | Interest | L | T | | | | | |
| 53. - DISCOVER BANK CD | A | Interest | J | T | | | | | |
| 54. - ROYAL AMERICAN BANK CD | B | Interest | K | T | | | | | |
| 55. EDWARD JONES ACCT # 2 | | | | | | | | | |
| 56. - EDWARD JONES CASH HOLDING ACCT W/ VAR INT | A | Interest | K | T | | | | | |
| 57. - CAPITAL ONE BANK CD | A | Interest | | | SOLD | 11/28 | K | | |
| 58. - FEDERAL HOME LOAN MORTGAGE CORP NOTES | C | Interest | L | T | | | | | |
| 59. - BANK OF NEW YORK CORP BOND - CALLABLE | A | Interest | K | T | BUY | 03/08 | K | | |
| 60. SCHWAB ACCT # 2 | | | | | | | | | |
| 61. - SCHWAB MUNI MONEY FUND | | None | J | T | | | | | |
| 62. COLONIAL BANK CD | B | Interest | K | T. | | | | | |
| 63. COLONIAL BANK CD | C | Interest | L | T | | | | | |
| 64. COLONIAL BANK CD | B | Interest | K | T | | | | | |
| 65. COMPASS BANK PREFERRED MONEY MARKET | B | Interest | L | T | | | | | |
| 66. COMPASS BROKERAGE ACCOUNT # 1 | | | | | | | | | |
| 67. - COMPASS SWEEP MONEY MARKET | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| FUND | | | | | | | | | |
| 68. RBC CENTURA PREFERRED CHECKING WITH INTEREST | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

ADDITIONAL INFORMATION REGARDING ITEMS UNDER PART VII:

ITEM 28 - PROCEEDS FROM SALE OF ITEM 27 WERE USED TO ACQUIRE THIS INVESTMENT

ITEM 51 - PROCEEDS FROM SALE OF ITEM 49 WERE USED TO ACQUIRE THIS INVESTMENT

ITEM 59 - CASH FUNDS FROM ITEM 56 WERE USED TO ACQUIRE THIS INVESTMENT

ITEM 67 - PROCEEDS FROM WITHDRAWAL OF ITEM 6 WERE USED TO OPEN THIS ACCOUNT

ITEM 68 - PROCEEDS FROM WITHDRAWAL OF ITEM 5 WERE USED TO OPEN THIS ACCOUNT

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 5/15/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544